# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                           : NO. 299
                                                 :
ORDER AMENDING RULE 1925                         : APPELLATE PROCEDURAL RULES
OF THE PENNSYLVANIA RULES OF                     :
APPELLATE PROCEDURE                              : DOCKET

## ORDER

**PER CURIAM**

      **AND NOW**, this 17th day of December, 2021, upon the recommendation of the Appellate Court Procedural Rules Committee; the proposal having been published for public comment at 50 Pa.B. 304 (January 18, 2020) and 50 Pa.B. 6858 (December 5, 2020):

      It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 1925 of the Pennsylvania Rules of Appellate Procedure is amended in the attached form.

      This Order shall be processed in accordance with Pa.R.J.A. 103(b), and shall be effective April 1, 2022.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.